No. 711. HUDSON NAVIGATION COMPANY *v.* J. ARON & COMPANY, INC., ET AL. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Seth Shepard* and *Mr. Stuart G.*

*Gibboney* for petitioner. *Mr. Charles R. Hickox* and *Mr. Geo. H. Mitchell* for respondents.

